WINDELS MARX LANE & MITTENDORF, LLP   Hearing Date: November 2, 2017 @ 10:00 a.m.
*Attorneys for Alan Nisselson, Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215
Attorney Appearing: Howard L. Simon (hsimon@windelsmarx.com)
　　　　　　　　　　Edmund B. Troya (etroya@windelsmarx.com)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| NARCO FREEDOM, INC., | Case No. 16-10123-smb |
| Debtor. | |
| ALAN NISSELSON, as Chapter 7 Trustee of NARCO FREEDOM, INC., | |
| Plaintiff, | Adv. Proc. No. 16-01088-smb |
| -against- | |
| MATRIX TRUST COMPANY, PENSERV PLAN SERVICES, INC., JASON BRAND, JOHN CORNACHIO, RICHARD GROSS, ANDREA CORNACHIO, ALAN BRAND and JONATHAN BRAND, | |
| Defendants. | |

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference scheduled for September 28, 2017 at 10:00 a.m., prevailing Eastern time, is adjourned on the Court's granting of the parties' request to **November 2, 2017 at 10:00 a.m., prevailing Eastern time** (the "**Hearing**"). The Hearing will be held before The Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in his Courtroom at the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004.

| | |
|---|---|
| Dated: New York, New York<br>September 27, 2017 | WINDELS MARX LANE & MITTENDORF, LLP<br>*Attorneys for Alan Nisselson, Chapter 7 Trustee* |

                                          By:    */s/ Howard L. Simon*
                                                      Howard L. Simon (hsimon@windelsmarx.com)
                                                        156 West 56th Street
                                                        New York, New York 10019
                                                        Tel. (212) 237-1000 / Fax. (212) 262-1215

To:    Richard Gross, by email
        Brian Masumoto, Esq. and Linda Riffkin, Esq., Office of the United States Trustee,
        by email